

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| CITY OF EL PASO, | § | No. 08-19-00262-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| JOLANDE A. AGUILAR, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV3624) |
| | § | |

# **O R D E R**

The parties in this appeal have filed a joint motion to modify the briefing schedule in this case due to a delay in the filing of a supplemental reporter's record. The motion asks that Appellee be granted an additional 20 days to file a brief, and for Appellant to be permitted to file its reply brief 20 days after Appellee submits her brief.

The motion is granted. Appellee's Brief will be due January 9, 2020. Appellant's Reply Brief will be due 20 days after Appellee's Brief is filed.

IT IS SO ORDERED this 20th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.